AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Oct 29 2025

ARTHUR JOHNSTON, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Keidy Medina-Romero<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>1:25-mj- 677 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 27, 2025, and October 28, 2025  in the county of  Harrison  in the  Southern  District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(2) | Knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John Griggs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-29-2025

_____
*Judge's signature*

City and state:  Gulfport, Mississippi     Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, John Griggs, being first duly sworn, hereby depose and say that:

I am a Special Agent employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a special agent since May 2018. I have over fourteen years of experience as a professional law enforcement officer. I am graduate of the Criminal Investigator Training Program (CITP), Land Management Police Training (LMPT), and the Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Academy (FLETC) in Glynco, Georgia. I have investigated and have training in cases involving violations of Title 18 U.S.C § 1028 – Fraud and related activity in connection with identification documents, authentication features, and identification.

This affidavit is submitted in support of a criminal complaint alleging Keidy Medina-Romero (hereinafter Medina-Romero) committed offenses involving violations of Title 18, United States Code, Section 1028(a)(2), Transfer of False Identification Documents, Authentication Features, or a False Identification Document.

Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Medina-Romero with Transfer of False Identification Documents, Authentication Features, or a False Identification Document, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

This affidavit is based on my participation in this investigation, and conversations I have had with other law enforcement personnel who have knowledge of the events and circumstances described herein.

## FACTS SUPPORTING PROBABLE CAUSE

1.      In February 2025, an HSI confidential informant provided HSI Special Agents (SA) John Griggs and Howard O'Gwin with the phone number 205-229-5240 and identified its user as a vendor of fraudulent identification documents. The informant reported that he/she was offered Social Security cards with valid numbers for $700.00 each, while Social Security cards containing random numbers were $150.00 each. The subscriber of phone number 205-229-5240 was later determined to be Orbin Munguia Sanchez.

2.      On August 25, 2025, the informant notified HSI Special Agent John Griggs that Munguia Sanchez had agreed to meet and sell one driver's license, one Social Security card, and one U.S. lawful permanent residency card to the informant on August 27, 2025. The informant also stated that he/she was instructed to submit a driver's license photo and was asked by the document vendor what state driver's license would be needed. The license options provided by the document vendor were California, Illinois, and Texas. The informant was notified that the Social Security card and U.S. lawful permanent resident card would be $150.00 total, while the driver's license would be $120.00.

3.      On August 27, 2025, the informant was contacted by Munguia Sanchez, and told to contact 228-296-6267 to receive the requested driver's license, Social Security card, and U.S. Permanent Resident Card.

4.      At approximately 0827 hours, in the presence of HSI SAs Griggs and O'Gwin, the informant made a recorded phone call to 228-296-6267 and asked where the identity documents could be picked up. An unidentified female agreed to meet the informant at McDonalds restaurant, located at 110 Eisenhower Dr in Biloxi, MS. Additionally, the female told the informant that she would be driving a red Honda vehicle.

5. At approximately 1000 hours a red Honda bearing a Mississippi license plate pulled into the McDonald's parking lot behind the informant's parked vehicle. Records checks revealed that the vehicle was registered with Keidy Medina-Romero. The informant exited his/her vehicle and approached the passenger side of Medina-Romero's Honda Accord and paid $300.00 for the identity documents. Medina-Romero identified herself as "Allison," and told the informant that she could provide real Social Security numbers and identification information for $700.00 each.

6. SA Griggs later queried immigration and law enforcement databases and confirmed by photograph that Medina-Romero, a Honduran national, was the driver of the red Honda Accord. A subpoena issued to AT&T later revealed that phone number 228-296-6267 was assigned to an individual named Allison Castro, however; the phone bill was paid with a credit card by Keidy Medina-Romero.

7. On or about September 4, 2025, the informant introduced a separate informant (Informant 2) to Medina-Romero through text message. When asked, Medina-Romero agreed to provide two real Social Security numbers and two Texas driver's licenses for $700.00 each.

8. On September 12, 2025, U.S. Customs and Border Protection's Air and Marine Operations aerial surveillance unit observed Medina-Romero exit her residence, enter her red Honda Accord bearing the same MS license plate number and drive to 3951 Promenade Pkwy in D'Iberville, MS.

9. Informant 2 met Medina-Romero at 3951 Promenade Pkwy in D'Iberville, MS. Here, Informant 2 purchased two fraudulent Social Security cards and two fraudulent Texas drivers' licenses for $1400.00 and departed the area. Aerial surveillance followed Medina-Romero to a trailer park in Biloxi, MS and watched her park near the lot where Orbin Munguia-Sanchez lives.

10. On September 16, 2025, Social Security Administration, Office of the Inspector General Special Agent Jeremy Piburn confirmed that the individuals and Social Security numbers listed on the documents sold to Informant 2 were assigned to real persons.

11. On October 28, 2025, Medina-Romero met Informant 2 again at 3951 Promenade Pkwy in D'Iberville, MS. Here, Medina-Romero sold two fraudulent Social Security cards to Informant 2 for $160.00 USD before being detained by HSI special agents.

12. A subsequent search of Medina-Romero's residence in Biloxi, MS, revealed a card printer, laptop computer, multiple Social Security cards and driver's licenses.

13. During a post-*Miranda* interview, Medina-Romero admitted to producing fraudulent documents after being asked to do so by Orbin Munguia-Sanchez. Medina-Romero stated that she had sold fraudulent identification documents on approximately twenty occasions. Medina-Romero stated that she gave Munguia-Sanchez a portion of the sales.

14. Therefore, based on these facts, there is probable cause to believe that Keidy Medina-Romero knowingly and intentionally violated Title 18, United States Code, Section 1028(a)(2), Transfer of False Identification Documents, Authentication Features, or a False Identification Document.

_____
John Griggs
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me on this, the 29th day of October 2025.

_____
United States Magistrate Judge